IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    v.

**MAQSOOD HAROON,**

    **Defendant.**

        Case No. 2:15-cr-20
        JUDGE GREGORY L. FROST

## ORDER

This matter is before the Court for consideration of the United States' January 18, 2016 motion *in limine* (ECF No. 22), in which the United States seeks to exclude any testimony, evidence, and argument related to the consequences of a conviction under 18 U.S.C. § 1425(a), specifically revocation of citizenship upon conviction under 8 U.S.C. § 1451(e).  The Court need not decide whether § 1451(e) revocation constitutes punishment as the United States suggests it does.  There is some room to debate that characterization, but what is beyond debate is that a § 1451(e) revocation is an automatic consequence of a conviction under § 1425(a).  Such a consequence is irrelevant to the jury's work and is therefore barred because "[i]rrelevant evidence is not admissible" under Federal Rule of Evidence 402.

The Court **GRANTS** the motion *in limine*.  (ECF No. 22.)  As with all *in limine* decisions, this preliminary ruling is subject to modification should the facts or circumstances at trial differ from that which has been presented in the pre-trial motion and memoranda.

    IT IS SO ORDERED.

                                  /s/   Gregory L. Frost
                                  GREGORY L. FROST
                                  UNITED STATES DISTRICT JUDGE